IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IKARA CHRISTIANA EARNESTINE
EUGE VAGANTE DE ROSSITTE, formerly
known as Christopher Eugene De Rossitte                                   PLAINTIFF

v.                              Case No. 6:25-cv-6096

WARDEN JERRY BYERS, *et al.*                                              DEFENDANTS

## **ORDER**

      Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 23. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed for failure to prosecute this matter. However, Plaintiff filed an Amended Complaint after Judge Ford issued the instant R&R. ECF No. 26. Accordingly, the Court **declines** to adopt Judge Ford's R&R (ECF No. 23).

      **IT IS SO ORDERED**, this 6th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge